

**EXHIBIT**

**A**

## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Diane P Underwood** _____ Case No. __16-10106__ Chapter __13__

All Cases: Moving Creditor CP-SRMOF II 2012-A Trust, U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee _____ Date Case Filed __03/24/2016__

Nature of Relief Sought: ☑ Lift Stay        ☐ Annul Stay     ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __06/06/2016__

Chapter 7: ☐ No-Asset Report Filed on _____
  ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a.     ☑ Home
   b.     ☐ Car   Year, Make, and Model _____
   c.     ☐ Other (describe) _____

2. Balance Owed as of Petition Date $ 213,877.88 _____
   Total of all other Liens against Collateral $ 575.00 _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ 133,000.00 _____

5. Default
   a.     ☐ Pre-Petition Default
          Number of months _____          Amount $ _____

   b.     ☑ Post-Petition Default
          i.     ☑ On direct payments to the moving creditor
                 Number of months __15__          Amount $ 12,070.52 _____

          ii.    ☐ On payments to the Standing Chapter 13 Trustee
                 Number of months _____          Amount $ _____

6. Other Allegations
   a.     ☑ Lack of Adequate Protection § 362(d)(1)
          i.     ☐ No insurance
          ii.    ☐ Taxes unpaid          Amount $ _____
          iii.   ☐ Rapidly depreciating asset
          iv.    ☑ Other (describe) _____ Failure to make post-petition payments _____

   b.     ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.     ☐ Other "Cause" § 362(d)(1)
          i.     ☐ Bad Faith (describe) _____
          ii.    ☐ Multiple Filings
          iii.   ☐ Other (describe) _____

   d.     Debtor's Statement of Intention regarding the Collateral
          i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____ 12/11/2018 _____          _____ /s/ Zhiqi Wu _____
                                                         Counsel for Movant

(Rev. 12 /21/09)