# PAYMENT HISTORY

**PAYMENT HISTORY PER SYSTEM**

| LOAN NUMBER | | CASE NUMBER | 16-10106 |
|---|---|---|---|
| FILING DATE | 3/24/2016 | CONFIRMATION DATE | |
| PAYMENTS IN POC | None - loan was modified 2/2016 | | |

**POST PETITION PENCIL LEDGER**

POST-PETITION PAYMENT CHANGES (BOLD IS NOTICED TO COURT)

| | EFFECTIVE | 04/01/16 | 02/01/17 |
|---|---|---|---|
| | AMOUNT | $932.75 | $851.66 |

| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | TO/FROM PRE SUSP | PRE SUSP BAL | TO/FROM POST SUSP | POST SUSP BAL | TOTAL SUSP BAL | CONTRACT PYMT | CLAIM PYMT | POST PYMT | PAYMENT AMOUNT | MANUAL SUSP | MANUAL SUSP BAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/19/16 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 04/01/16 | | 04/01/16 | 932.75 | 0.00 | | |
| 05/31/16 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 05/01/16 | | 05/01/16 | 932.75 | 0.00 | | |
| 06/27/16 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 06/01/16 | | 06/01/16 | 932.75 | 0.00 | | |
| 07/29/16 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 07/01/16 | | 07/01/16 | 932.75 | 0.00 | | |
| 08/22/16 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 08/01/16 | | 08/01/16 | 932.75 | 0.00 | | |
| 10/03/16 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 09/01/16 | | 09/01/16 | 932.75 | 0.00 | | |
| 11/28/16 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 10/01/16 | | 10/01/16 | 932.75 | 0.00 | | |
| 12/27/16 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 11/01/16 | | 11/01/16 | 932.75 | 0.00 | | |
| 01/23/17 | | 932.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 12/01/16 | | 12/01/16 | 932.75 | 0.00 | | |
| 02/27/17 | | 866.00 | 0.00 | 0.00 | 866.00 | 866.00 | 866.00 | | | | | 866.00 | 866.00 | |
| 03/21/17 | | 932.75 | 0.00 | 0.00 | | 0.00 | 866.00 | 01/01/17 | | 01/01/17 | 932.75 | 0.00 | 866.00 | |
| 04/17/17 | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 1366.00 | 02/01/17 | | 02/01/17 | 851.66 | (351.66) | 514.34 | |
| 05/26/17 | | 0.00 | 0.00 | 0.00 | (851.66) | (351.66) | 514.34 | | | | | 0.00 | 514.34 | |
| 05/30/17 | | 600.00 | 0.00 | 0.00 | 600.00 | 600.00 | 1114.34 | 03/01/17 | | 03/01/17 | 851.66 | (251.66) | 262.68 | |
| 06/26/17 | | 600.00 | 0.00 | 0.00 | 600.00 | 600.00 | 1714.34 | 04/01/17 | | 04/01/17 | 851.66 | (251.66) | 11.02 | |
| 06/29/17 | | 0.00 | 0.00 | 0.00 | (851.66) | (851.66) | 862.68 | | | | | 0.00 | 11.02 | |
| 07/06/17 | | 0.00 | 0.00 | 0.00 | (851.66) | (851.66) | 511.02 | | | | | 0.00 | 11.02 | |
| 07/24/17 | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 511.02 | | | | | 500.00 | 511.02 | |
| 08/22/17 | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 1011.02 | 05/01/17 | | 05/01/17 | 851.66 | (351.66) | 159.36 | |
| 09/26/17 | | 0.00 | 0.00 | 0.00 | (851.66) | (851.66) | 159.36 | | | | | 0.00 | 159.36 | |
| 10/03/17 | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 659.36 | | | | | 500.00 | 659.36 | |
| 11/28/17 | | 600.00 | 0.00 | 0.00 | 600.00 | 600.00 | 1259.36 | 06/01/17 | | 06/01/17 | 851.66 | (251.66) | 407.70 | |
| 12/19/17 | | 0.00 | 0.00 | 0.00 | (851.66) | (851.66) | 407.70 | | | | | 0.00 | 407.70 | |
| 12/26/17 | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 907.70 | 07/01/17 | | 07/01/17 | 851.66 | (351.66) | 56.04 | |
| 12/29/17 | | 0.00 | 0.00 | 0.00 | (851.66) | (851.66) | 56.04 | | | | | 0.00 | 56.04 | |
| 01/22/18 | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 556.04 | | NSF | | | 500.00 | 556.04 | |
| 01/25/18 | | (500.00) | 0.00 | 0.00 | (500.00) | (500.00) | 56.04 | | | | | (500.00) | 56.04 | |
| 04/04/18 | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 556.04 | | | | | 500.00 | 556.04 | |
| 05/29/18 | | 500.00 | 0.00 | 0.00 | (351.66) | (351.66) | 204.38 | 08/01/17 | | 08/01/17 | 851.66 | (351.66) | 204.38 | |
| 07/10/18 | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 704.38 | | | | | 500.00 | 704.38 | The loan is post petition due for 01/17 - 11/1/18 @ $851.66 each with $704.38 in suspense. |