**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| RE: DIANE P UNDERWOOD | ) | Case No. 16 B 10106 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Judge: JACQUELINE P COX |

**NOTICE OF MOTION**

DIANE P UNDERWOOD                                    ZALUTSKY & PINSKI LTD
                                                                           via Clerk's ECF noticing procedures

1311 S. 8TH AVE.
MAYWOOD, IL 60153

Please take notice that on November 18, 2019 at 9:00 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on November 05, 2019.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On March 24, 2016 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on June 06, 2016.

A summary of the debtor's plan follows:

Monthly Payment $478.00                          Last Payment Received: 09/18/2019

Amount Paid $18,396.70                             Amount Delinquent $1,501.30

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900